IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
District of Columbia Circuit

| | |
|---|---|
| **PAUL and BEATRICE GAMES**<br>**C/O MICHELLE YOUNG**<br>**407 CEDAR LANE**<br>**ROCKVILLE, MD 20851**<br>                        **Plaintiffs,**<br><br><br>                 **v.**<br><br>**LOU ANN HINISH,**<br>**2695 COVALT RD**<br>**BIG COVE TANNERY, PA 17212**<br><br><br>                 **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **CIVIL ACTION NO:** _____ |

---

## NOTICE OF FILING OF PETITION TO CONFIRM ARBITRATION AWARD

Paul and Beatrice Games ("Games"), hereby provide notice of the enclosed Petition to Confirm Arbitration Award in their favor and against Lou Ann Hinish, entered by the National Association of Securities Dealers ("NASD") (n/k/a the Financial Industry Regulatory Authority or "FINRA") in the matter of Paul Games and Alice Beatrice Games v. M&T Securities, Inc., M&T Investment Group, Paul Fantaskey, Lou Ann Hinish, and John K. Beard, NASD-DR No. 06-04876 (the "Arbitration") in the amount of $250,000.

TO:    Lou Ann Hinish
       2695 Covalt Road
       Big Cove Tannery, Pennsylvania 17212

Respectfully submitted,

KUTAK ROCK, LLP

By: _____ .

    Gilbert W. Boyce
    DC Bar No. 416779
    1101 Connecticut Avenue, N.W.
    Suite 1000
    Washington, D.C.  20036
    (202) 828-2400
    (202) 828-2488 (fax)