IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
District of Columbia Circuit

| | | |
|---|---|---|
| PAUL and BEATRICE GAMES<br>C/O MICHELLE YOUNG<br>407 CEDAR LANE<br>ROCKVILLE, MD 20851<br>    Plaintiffs,<br><br>v.<br><br>LOU ANN HINISH,<br>2695 COVALT RD<br>BIG COVE TANNERY, PA 17212<br><br><br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO: 1:07-CV-01636<br>(Judge Walton) |

## MOTION FOR ENTRY OF DEFAULT AND MEMORANDUM IN SUPPORT THEREOF

Plaintiffs Paul and Beatrice Games, by and through undersigned counsel, hereby file the instant Motion for Entry of Default pursuant to Fed. R. Civ. P. 55(a). As grounds for this motion, Plaintiffs' state:

### Background

1. On August 13, 2007, Plaintiffs filed their Petition to Confirm Arbitration Award in the above referenced action against Defendant Lou Ann Hinish ("Hinish").

2. Hinish was personally served with a summons and a copy of the Petition prior to December 13, 2007, as reflected in the letter attached hereto as **Exhibit A.**

### Points And Authorities

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A) Hinish's Answer or other responsive pleading was due to be filed on or before January 4, 2008.

4824-3437-1330.1

4.       As of the date of this motion, as is reflected in the docket of this Court, Hinish has failed to file an Answer or otherwise respond to the Petition.

5.       Fed.R.Civ.P. 55(a) specifies "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

WHEREFORE, for the foregoing reasons, since Defendant has failed to plead or otherwise defend this action, it is respectfully requested that the Clerk enter default against Defendant pursuant to Fed.R.Civ.P. 55(a). A proposed Entry of Default is submitted herewith.

Respectfully submitted,

*KUTAK ROCK LLP*

By:___/s/ Gilbert W. Boyce_____
GILBERT W. BOYCE, ESQ. (416779)
JENNIFER M. BLUNT, ESQ. (470443)
1101 Connecticut Ave., N.W. - Suite 1000
Washington, D.C. 20036
Tel.: (202) 828-2400
Fax: (202) 828-2488

February 13, 2008

**EXHIBIT A**

## TURNER AND O'CONNELL
ATTORNEYS AT LAW
**4415 NORTH FRONT STREET**
**HARRISBURG, PA 17110**
717/232-4551 Telephone
717/232-2115 Facsimile

---

| | | |
|---|---|---|
| **JAMES H. TURNER** | **TIMOTHY J. O'CONNELL** | **JOHANNA H. REHKAMP** |
| jht@turnerandoconnell.com | tjo@turnerandoconnell.com | jhr@turnerandoconnell.com |

December 13, 2007

Gilbert W. Boyce, Esquire
Kutak Rock, LLP
1101 Connecticut Avenue NW
Suite 1000
Washington, DC  20036

    RE:    <u>Games v. Hinish</u>

Dear Mr. Boyce:

    I am writing at the request of my client, Lou Ann Hinish. Ms. Hinish is in receipt of your recent Petition to Confirm Arbitration Award. As you are aware, Ms. Hinish is no longer employed by M&T Securities, and in fact is unemployed at present and for the foreseeable future. She has no liability insurance which would cover her in this matter. Accordingly, it is extremely unlikely that she will be able to offer any type of payment in this matter and she would appear to be judgment proof.

    If you wish to discuss this matter further, please feel free to contact me.

                                      Sincerely,

                                    James H. Turner

JHT:sf

Cc: Lou Ann Hinish

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
District of Columbia Circuit

| | |
|---|---|
| PAUL and BEATRICE GAMES )<br>C/O MICHELLE YOUNG )<br>407 CEDAR LANE )<br>ROCKVILLE, MD 20851 )<br>    Plaintiffs, )<br> )<br> )<br>  v. )<br> )<br>LOU ANN HINISH, )<br>2695 COVALT RD )<br>BIG COVE TANNERY, PA 17212 )<br> )<br> )<br>    Defendant. )<br>_____) | CIVIL ACTION NO: 1:07-CV-01636<br>    (Judge Walton) |

## ENTRY OF DEFAULT

The docket in the above-referenced matter reflect that the Defendant has failed to file and Answer or otherwise respond to the Complaint. Therefore, default shall be entered against Defendant Lou Ann Hinish, on this ___ day of _____ 2008.


                   _____
                   Nancy Mayer-Whittington
                   Clerk of Court

4835-1990-9890.1