IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PAUL and BEATRICE GAMES | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: 1:07-CV-01636 |
| | ) | (Judge Walton) |
| LOU ANN HINISH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF DISMISSAL

Plaintiffs Paul and Beatrice Games, by and through undersigned counsel, hereby file the instant Notice of Dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

*KUTAK ROCK LLP*

/s/ Gilbert W. Boyce
GILBERT W. BOYCE, ESQ. (416779)
1101 Connecticut Ave., N.W. - Suite 1000
Washington, D.C. 20036
Tel.: (202) 828-2400
Fax: (202) 828-2488

June 19, 2008

4833-2037-7858.1

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that I have caused to be served this 19th day of June 2008 a true and correct copy of the foregoing *Notice of Dismissal* by first class mail postage prepaid on the defendant as follows:

    Lou Ann Hinish
    2695 Covalt Road
    Big Cove Tannery, PA  17212

    and

    James Turner, Esq.
    4415 North Front Street
    Harrisburg, PA  17110

    /s/ Gilbert W. Boyce
    GILBERT W. BOYCE, ESQ. (416779)